IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE CADLE COMPANY | * | |
|     Plaintiff | | |
| | * | |
| vs. | | Civil No.   CCB-12-3299 |
| | * | |
| VICTORIA F. ADEYALE | | |
|     Defendant | * | |

******

**MEMORANDUM**

The complaint in this case, together with the motion for summary judgment and related documents, appears to have been served on the defendant, Victoria F. Adeyale on December 7, 2013.  No response has been received from Ms. Adeyale, either to the complaint or the motion.  Further, the motion is supported by affidavit establishing that the plaintiff, The Cadle Company, is entitled to the judgment it seeks.  Accordingly, the motion will be granted by separate Order.

January 28, 2013                                                 /s/
    Date                                                                  Catherine C. Blake
                                                                                    United States District Judge